1  Rob L. Phillips (Bar No. 8225)
   FisherBroyles, LLP
2  5670 Wilshire Blvd., Suite 1800
   Los Angeles, California 90036
3  Telephone: (702) 518-1239
   *Counsel for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AHERN RENTALS, INC., <br><br> Plaintiff <br><br> v. <br><br> SAMUEL EURE, an individual, DOES 1-X, inclusive, and ROES 1-X, inclusive, <br><br> Defendants | Case No.: 2:20-cv-01680-~~JAD~~-BNW  CDS<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement by them, to the dismissal with prejudice of this action, including all claims and counterclaims stated herein against all parties.

The Parties agree that no party to this stipulation shall be deemed to be a prevailing party in this action and that no party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the

///

///

///

///

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

1

claims dismissed by this stipulation.

DATED this 8th day of February 2023.

**FISHERBROYLES, LLP**

*/s/ Rob L. Phillips*

_____
ROB L. PHILLIPS
5670 Wilshire Blvd., Suite 1800
Los Angeles, California 90036
Telephone: (702) 518-1239
*Counsel for Defendant*

**LITTLER MENDELSON, P.C.**

*/s/ Karyn M. Taylor*

_____
KARYN M. TAYLOR
200 S. Virginia Street, 8th Floor
Reno, NV  89501-1944
Telephone:  (775) 741-2185
*Counsel for Plaintiff*

## **ORDER**

IT IS SO ORDERED.  The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice. No party will file for an award of attorneys' fees or costs. The Clerk of Court is directed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 14, 2023

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

2