UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Ahern Rentals, Inc., <br><br>   Plaintiff <br><br> v. <br><br> Samuel Eure, <br><br>   Defendant | Case No. 2:20-cv-01680-CDS-BNW <br><br> **Order for Release of Cash Deposits** |

Plaintiff Ahern Rentals, Inc. previously posted bonds totaling $3,000.00, paid to the Clerk of this Court. ECF No. 13. As Ahern Rentals and defendant Samuel Eure stipulated and agreed to the dismissal of all claims with prejudice (ECF No. 117), the Clerk of Court is directed to disburse the cash deposits in the total amount of $3,000.00, with interest, payable to:

Littler Mendelson
Attn: Ann Koorndyk
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169

Dated: March 22, 2023

_____
Cristina D. Silva
United States District Judge